1  Matthew Tsai
   Nevada Bar No. 14290
2  MTsai@lrrc.com
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV  89169
4  Tel:   702.949.8200
   Fax:   702.949.8398
5  *Attorneys for Defendant Synchrony Bank*

6              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
7

8  TALIA WAGNER, an individual; THOMAS          Case No. 2:20-cv-01596-GMN-BNW
   WAGNER, an individual,

9              Plaintiff,                        **JOINT MOTION AND ORDER FOR**
                                                 **EXTENSION OF TIME FOR**
10                                               **SYNCHRONY BANK TO RESPOND TO**
   v.                                            **PLAINTIFFS' COMPLAINT**
11
   SYNCHRONY BANK, a national banking
12 association; EXPERIAN INFORMATION
   SOLUTIONS, INC., a foreign corporation,
13
               Defendant.
14

15     Plaintiffs Talia and Thomas Wagner ("Plaintiffs") and Defendant Synchrony Bank

16 ("Synchrony"), by and through their respective counsel of record and pursuant to Local Rule IA 6-

17 1, jointly move for an extension as follows:

18                    **STATEMENT OF JOINT MOTION**

19     WHEREAS, Plaintiffs filed a Complaint on August 28, 2020;

20     WHEREAS, Synchrony was served with the Complaint on September 8, 2020;

21     WHEREAS, Synchrony's response to the Complaint is due by September 29, 2020;

22     WHEREAS, Synchrony needs additional time to research the allegations set forth in the

23 Complaint and prepare a response to the Complaint;

24     WHEREAS, counsel for Synchrony Bank has corresponded with counsel for Plaintiffs, who

25 agrees to this extension;

26     WHEREAS, this Joint Motion is filed in good faith and not for dilatory or other improper

27 purpose. Plaintiffs would not suffer any prejudice by this Court permitting Synchrony the requested

28 extension of time and has consented to the requested extension;

*3993 Howard Hughes Parkway, Suite 600*
*Las Vegas, NV 89169*

**Lewis Roca**
ROTHGERBER CHRISTIE

WHEREAS, this is the first request for extension of time for Synchrony to respond to the Complaint;

WHEREAS, Plaintiffs and Synchrony hereby agree that the deadline for Synchrony to respond to the Complaint is extended to October 14, 2020.

Dated:  September 28, 2020        **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez
LAW OFFICE OF KEVIN L. HERNANDEZ
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123
Tel.:  (702) 563-4450
Fax:  (702) 552-0408
Email:  kevin@kevinhernandezlaw.com

*Attorney for Plaintiffs Talia and Thomas Wagner*

Dated:  September 28, 2020        **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Matthew Tsai*
Matthew Tsai
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: (702) 474-2648
Fax: (702) 949-8398
Email:  mtsai@lrrc.com

*Attorneys for Defendant Synchrony Bank*

**IT IS SO ORDERED**

**DATED:** 12:04 pm, October 05, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**