Matthew Tsai
Nevada Bar No. 14290
MTsai@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:    702.949.8398
*Attorneys for Defendant Synchrony Bank*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TALIA WAGNER, an individual; THOMAS WAGNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:20-cv-01596-GMN-BNW<br><br>**JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR SYNCHRONY BANK TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs Talia and Thomas Wagner ("Plaintiffs") and Defendant Synchrony Bank ("Synchrony"), by and through their respective counsel of record and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

### STATEMENT OF JOINT MOTION

WHEREAS, Plaintiffs filed a Complaint on August 28, 2020;

WHEREAS, Synchrony was served with the Complaint on September 8, 2020;

WHEREAS, pursuant to a previous joint motion for extension of time and Order granting the motion, Synchrony's response to the Complaint is due by October 14, 2020;

WHEREAS, Synchrony needs additional time to research the allegations set forth in the Complaint and prepare a response to the Complaint;

WHEREAS, counsel for Synchrony Bank has corresponded with counsel for Plaintiffs, who agrees to this extension;

112503216.1

WHEREAS, this Joint Motion is filed in good faith and not for dilatory or other improper purpose. Plaintiffs would not suffer any prejudice by this Court permitting Synchrony the requested extension of time and have consented to the requested extension;

WHEREAS, this is the second request for extension of time for Synchrony to respond to the Complaint;

WHEREAS, Plaintiffs and Synchrony hereby agree that the deadline for Synchrony to respond to the Complaint is extended to November 4, 2020.

Dated: October 8, 2020

**LAW OFFICE OF KEVIN L. HERNANDEZ**

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123
Tel.: (702) 563-4450
Fax: (702) 552-0408
Email: kevin@kevinhernandezlaw.com

*Attorney for Plaintiffs Talia and Thomas Wagner*

Dated: October 8, 2020

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Matthew Tsai*
Matthew Tsai
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: (702) 474-2648
Fax: (702) 949-8398
Email: mtsai@lrrc.com

*Attorneys for Defendant Synchrony Bank*

**IT IS SO ORDERED**

**DATED:** 12:21 pm, October 14, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

112503216.1