1    Jennifer L. Braster
     Nevada Bar No. 9982
2    Andrew J. Sharples
     Nevada Bar No. 12866
3    NAYLOR & BRASTER
     1050 Indigo Drive, Suite 200
4    Las Vegas, NV  89145
     Telephone:  (702) 420-7000
5    Facsimile:  (702) 420-7001
     jbraster@nblawnv.com
6    asharples@nblawnv.com

7
     Attorneys for Defendant
8    EXPERIAN INFORMATION SOLUTIONS,
     INC.
9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12

13   TALIA WAGNER, an individual, THOMAS          Case No. 2:20-cv-01596-GMN-BNW
     WAGNER, an individual,
14                                                 **JOINT STIPULATION AND ORDER FOR**
                     Plaintiffs,                   **DISMISSAL WITH PREJUDICE**
15
            vs.                                    Complaint filed:  August 28, 2020
16
     SYNCHRONY BANK, a national banking
17   association; EXPERIAN INFORMATION
     SOLUTIONS, INC., a foreign corporation,
18
                     Defendants.
19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, TALIA

2  WAGNER and THOMAS WAGNER ("Plaintiffs"), and Defendant, EXPERIAN INFORMATION

3  SOLUTIONS, INC. ("Experian"), through their respective counsel and pursuant to Federal Rule of

4  Civil Procedure 41, that Plaintiff's claims against Experian in the above-captioned case be and hereby

5  are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

6

7  Date: February 22, 2021                    LAW OFFICE OF KEVIN L. HERNANDEZ

8                                             By:*/s/ Kevin L. Hernandez*
                                                  Kevin L. Hernandez
9                                                 Nevada Bar No. 12594
                                                  8872 S. Eastern Avenue, Suite 270
10                                                Las Vegas, Nevada 89123

11
                                             *Attorney for Plaintiffs*
12

13  Dated: February 22, 2021                   NAYLOR & BRASTER

14

15                                            By: */s/ Andrew J. Sharples*
                                                  Jennifer L. Braster
16                                                Nevada Bar No. 9982
                                                  Andrew J. Sharples
17                                                Nevada Bar No. 12866
                                                  1050 Indigo Drive, Suite 200
18                                                Las Vegas, NV 89145

19                                            *Attorneys for Defendant*
                                              *Experian Information Solutions, Inc.*
20

21

22

23        IT IS SO ORDERED.

24
    Dated: _____
25                                             _____
                                               HON. GLORIA M. NAVARRO
26                                             UNITED STATES DISTRICT JUDGE

27

28