1  Jennifer L. Braster
   Nevada Bar No. 9982
2  Andrew J. Sharples
   Nevada Bar No. 12866
3  NAYLOR & BRASTER
   1050 Indigo Drive, Suite 200
4  Las Vegas, NV  89145
   Telephone:  (702) 420-7000
5  Facsimile:  (702) 420-7001
   jbraster@nblawnv.com
6  asharples@nblawnv.com

7
   Attorneys for Defendant
8  EXPERIAN INFORMATION SOLUTIONS,
   INC.
9

10                        **UNITED STATES DISTRICT COURT**

11                               **DISTRICT OF NEVADA**

12

| | |
|---|---|
| TALIA WAGNER, an individual, THOMAS WAGNER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNCHRONY BANK, a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:20-cv-01596-GMN-BNW<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:  August 28, 2020 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, TALIA WAGNER and THOMAS WAGNER ("Plaintiffs"), and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that Plaintiff's claims against Experian in the above-captioned case be and hereby are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Date: February 22, 2021                LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

*Attorney for Plaintiffs*

Dated: February 22, 2021               NAYLOR & BRASTER

By: */s/ Andrew J. Sharples*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated this __22__ day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT