Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TALIA WAGNER, an individual, THOMAS WAGNER, an individual;<br><br>Plaintiffs;<br><br>v.<br><br>SYNCHRONY BANK, a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:20-cv-01596-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK WITH PREJUDICE** |

Plaintiffs, Talia and Thomas Wagner ("Plaintiffs"), and Defendant, Synchrony Bank ("Synchrony") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

under FRCP 41(a) as to Synchrony, with Plaintiff and Synchrony bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: April 14, 2021 | Dated: April 14, 2021 |
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **LEWIS ROCA ROTHGERBER**<br>**CHRISTIE LLP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiffs* | */s/ Matthew Tsai*<br>Matthew Tsai, Esq.<br>Nevada Bar No. 14290<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>MTsai@lrrc.com<br>*Attorney for Defendant Synchrony Bank* |

**IT IS SO ORDERED.**

Dated this \_\_14\_\_ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT